Daley & Heft, LLP
Attorneys at Law
Neal S. Meyers, Esq. (SBN 109625)
Golnar J. Fozi, Esq. (SBN 167674)
Matthew T. Racine, Esq. (SBN 256865)
Athena B. Troy, Esq. (SBN 260092)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail:  nmeyers@daley-heft.com
         gfozi@daley-heft.com
         mracine@daley-heft.com
         atroy@daley-heft.com

Attorneys for Defendants
Merced Irrigation District;
Dan Pope, and Robert Blum

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT, FRESNO DIVISION**

| | |
|---|---|
| RODRIGO FLORES, | Case No. 1:09-CV-01529-LJO-DLB |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DISCOVERY AND MOTION DEADLINES AND [PROPOSED] ORDER** |
| v. | |
| MERCED IRRIGATION DISTRICT, a public entity, DAN POPE, and ROBERT BLUM, | **JUDGE** : Lawrence J. O'Neill<br>**COURTROOM:** 9<br>**MAGISTRATE:** Dennis L. Beck |
| Defendants. | |

Rodrigo Flores ("plaintiff"), Merced Irrigation District, Robert Blum, and Dan Pope (collectively "defendants"), by and through their respective attorneys of record, hereby stipulate to and request the Court enter a revised Scheduling Order, revising the Scheduling Order entered by this Court on December 23, 2009 (see Order attached as "Exhibit A").  The revisions to the Scheduling Order are as follows:

(a) Extend the completion date for non-expert discovery from April 30, 2010 to June 30, 2010;

(b) Extend the first expert witness disclosure from May 17, 2010 to July 20, 2010;

(c) Extend the supplemental expert disclosure from June 17, 2010 to August 20, 2010;

1     (d) Extend the expert discovery cutoff from July 19, 2010 to September 20, 2010;

2     (e) Extend the non-dispositive pre-trial motion cutoff from July 19, 2010 to September 20, 2010;

4     (f) Extend the non-dispositive pre-trial motion hearing cutoff from August 13, 2010 to October 15, 2010;

6     (g) Extend the dispositive pre-trial motions cutoff from September 15, 2010 to November 15, 2010;

8     (h) Extend the dispositive pre-trial motions opposition cutoff from October 15, 2010 to December 15, 2010;

10     (I) Extend the dispositive pre-trial motions reply cutoff from November 1, 2010 to January 1, 2011;

12     (j) Extend the dispositive pre-trial motions hearing date cutoff from November 15, 2010 to January 14, 2011.

Good cause exists to extend these deadlines, in light of:

- It is anticipated that six or more depositions of parties and percipient witnesses will be required.
- The parties are in dispute over the plaintiff's deposition of Merced Irrigation District's Person Most Knowledge on various matters. Counsel for defendants have or soon will send a meet-and-confer letter to counsel for plaintiff regarding these issues. Counsel for the parties believe this issue is unlikely to be resolved in time to conduct the PMK depositions in advance of the current non-expert discovery cutoff.
- Counsel for the plaintiff has conflicts in March and April due to preparation for cases which could potentially go to trial.

An order granting the requested extension will also allow both parties to better understand the true nature of the supporting evidence underlying the allegations and defenses at issue in this case, which will be significant in the formulation of opinions of the various experts, as well as the drafting and arguments surrounding the dispositive motions. For these reasons, the parties

///

1  respectfully request the Court modify the Pre-Trial Scheduling Order so that it conforms to the
2  following new dates:
3      (a) Non-expert discovery to be completed by June 30, 2010;
4      (b) First expert witness disclosure to take place on or before July 20, 2010;
5      (c) Supplemental expert disclosure to take place on or before August 20, 2010;
6      (d) Expert discovery to be completed September 20, 2010;
7      (e) Non-dispositive pre-trial motions to be filed no later than September 20, 2010;
8      (f) Non-dispositive pre-trial motions to be heard on or before October 15, 2010;
9      (g) Dispositive pre-trial motions to be filed no later than November 15, 2010;
10     (h) Dispositive pre-trial motions opposition to be filed by December 15, 2010;
11     (I) Dispositive pre-trial motions reply to be filed by December 31, 2010;
12     (j) Dispositive pre-trial motions to be heard no later than January 14, 2011.

Dated: March 19, 2010                        Murray & Associates

By:*/s/ Lawrence D. Murray*
    Lawrence D. Murray
    Attorney for Plaintiff
    Rodrigo Flores
    Dean@deangordonlaw.com

Dated: March 19, 2010                        Daley & Heft, LLP

By:*/s/ Golnar J. Fozi*
    Neal S. Meyers
    Golnar J. Fozi
    Matthew T. Racine
    Athena B. Troy
    Attorneys for Defendants Merced Irrigation
     District; Dan Pope, and Robert Blum
    E-mail: nmeyers@daley-heft.com
            gfozi@daley-heft.com
            mracine@daley-heft.com
            atroy@daley-heft.com

**ORDER ON STIPULATION FOR ORDER**

HAVING READ AND CONSIDERED THE FOREGOING, and having found good cause does not exist the Court declines to extend the previously scheduled deadlines.

However, because the parties have agreed the Court will order the discovery deadlines extended as follows:

(a) Non-expert discovery to be completed by June 30, 2010;

(b) First expert witness disclosure to take place on or before July 20, 2010;

(c) Supplemental expert disclosure to take place on or before August 20, 2010;

(d) Expert discovery to be completed September 20, 2010;

Date: 23 March 2010

/s/ *Dennis L. Beck*
Hon. Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE