Daley & Heft, LLP
Attorneys at Law
Neal S. Meyers, Esq. (SBN 109625)
Golnar J. Fozi, Esq. (SBN 167674)
Matthew T. Racine, Esq. (SBN 256865)
Athena B. Troy, Esq. (SBN 260092)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail:  nmeyers@daley-heft.com
         gfozi@daley-heft.com
         mracine@daley-heft.com
         atroy@daley-heft.com

Attorneys for Defendants
Merced Irrigation District;
Dan Pope, and Robert Blum

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT, FRESNO DIVISION**

| | |
|---|---|
| RODRIGO FLORES,<br><br>          Plaintiff,<br><br>     v.<br><br>MERCED IRRIGATION DISTRICT, a public entity, DAN POPE, and ROBERT BLUM,<br><br>          Defendants. | Case No. 1:09-CV-01529-LJO-DLB<br><br>**ORDER GRANTING EXTENSION OF NON-EXPERT DISCOVERY DEADLINES**<br><br>JUDGE:         Lawrence J. O'Neill<br>COURTROOM:  9<br>MAGISTRATE:  Dennis L. Beck |

The court having reviewed the moving papers and for good cause appearing,

**IT IS ORDERED** that non-expert discovery deadline is extended to July 30, 2010.

All other deadlines shall remain as previously ordered.

IT IS SO ORDERED.

**Dated:   July 13, 2010**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1

Case No.  1:09-cv-01529-LJO-DLB