Daley & Heft, LLP
Attorneys at Law
Neal S. Meyers, Esq. (SBN 109625)
Golnar J. Fozi, Esq. (SBN 167674)
Matthew T. Racine, Esq. (SBN 256865)
Athena B. Troy, Esq. (SBN 260092)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail:  nmeyers@daley-heft.com
          gfozi@daley-heft.com
          mracine@daley-heft.com
          atroy@daley-heft.com

Attorneys for Defendants
Merced Irrigation District;
Dan Pope, and Robert Blum

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT, FRESNO DIVISION**

| RODRIGO FLORES, | ) | Case No. 1:09-CV-01529-LJO-DLB |
|---|---|---|
| Plaintiff, | ) | **JOINT STIPULATION FOR EXTENSION OF DEFENDANTS SUPPLEMENTAL/REBUTTAL EXPERT DISCLOSURE DEADLINE** |
| v. | ) | |
| MERCED IRRIGATION DISTRICT, a public entity, DAN POPE, and ROBERT BLUM, | ) | JUDGE:         Lawrence J. O'Neill<br>COURTROOM:  9<br>MAGISTRATE:  Dennis L. Beck |
| Defendants. | ) | |

Rodrigo Flores ("plaintiff"), Merced Irrigation District, Robert Blum, and Dan Pope (collectively "defendants"), by and through their respective attorneys of record, hereby stipulate to and request the Court enter a revised Scheduling Order, revising the Scheduling Order entered by this court on December 23, 2009 (See Order attached as Exhibit A), and modified by this court on March 23, 2010 (See Order attached as Exhibit B), and on July 13, 2010 (See Order attached as Exhibit C) in order to extend the deadline for defendants, and only defendants, to disclose supplemental/rebuttal experts from August 20, 2010 to August 27, 2010.

Good cause exists to extend the deadline for defendants to disclose supplemental/rebuttal experts in light of the following:

1 • On March 23, 2010 this court ordered the parties to complete their first expert witness disclosures on or before July 20, 2010. (Exhibit B)

3 • This court's previous December 23, 2009 order directed the parties to make written designation of experts in accordance with the provisions of Fed. R. Civ. P. Rule 26(a)(2)(A) and (B) and to include all information required thereunder.

6 • On July 20, 2010, defendants served plaintiff with their initial disclosure of expert witnesses pursuant to Fed. R. Civ. P. Rule 26(a)(2)(A) and (B).

8 • On July 20, 2010, plaintiff served defendants with an initial disclosure of expert witnesses which failed to include all information required under Fed. R. Civ. P. Rule 26(a)(2)(A). Specifically, plaintiff's disclosure for experts Dr. Phil Allman, and Professor James M. Schmidke failed to include the expert's written reports. The information provided in plaintiff's expert witness disclosure included the experts' names, qualifications, experiences, expected testimony, and location.

14 • Plaintiff did not provide counsel for defendants with complete reports of Dr. Phil Allman, and Professor James M. Schmidke until July 27, 2010.

16 • The parties have agreed that, in the interests of fairness to defendants, defendants should be allowed an additional week to make their supplemental/rebuttal expert disclosures in order to allow defendant's adequate time to identify rebuttal experts and prepare rebuttal expert reports.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 • This Stipulation shall not affect the parties' right to file a motion determining the validity of either parties' disclosed experts.

Dated: August 12, 2010                    Murray & Associates

                                          By: /s/ *Lawrence D. Murray*
                                              Lawrence D. Murray
                                              Attorney for Plaintiff
                                              Rodrigo Flores
                                              Dean@deangordonlaw.com


Dated: August 12, 2010                    Daley & Heft, LLP

                                          By: */s/ Athena B. Troy*
                                              Neal S. Meyers
                                              Golnar J. Fozi
                                              Matthew T. Racine
                                              Athena B. Troy
                                              Attorneys for Defendants Merced Irrigation
                                               District; Dan Pope, and Robert Blum
                                              E-mail: nmeyers@daley-heft.com
                                                      gfozi@daley-heft.com
                                                      mracine@daley-heft.com
                                                      atroy@daley-heft.com

### ORDER ON STIPULATION FOR ORDER

The court having reviewed the moving papers and good cause appearing,

**IT IS ORDERED** that deadline for defendants, and only defendants, to disclose supplemental/ rebuttal experts is extended from August 20, 2010 to August 27, 2010. All other deadlines shall remain as previously ordered.

IT IS SO ORDERED.

**Dated:   August 12, 2010**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE