IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO FLORES, | CASE NO. CV F 09-1529 LJO DLB |
| Plaintiff, | **ORDER ON BRIEFING PAGE LIMITS**<br>(Doc. 37.) |
| vs. | |
| MERCED IRRIGATION DISTRICT, et al., | |
| Defendants. / | |

The parties seek leave to exceed this Court's briefing limits for their respective summary judgment opening and opposition papers. This Court treats briefs in excess of page limits as a necessity, not a luxury to be taken lightly. This Court PERMITS defendants to file an opening summary judgment brief not to exceed 35 pages on the condition that such brief is **well-organized, clear and succinct and avoids unnecessary duplication**. This Court PERMITS plaintiff to file a summary judgment opposition brief not to exceed 35 pages on the condition that such brief is **well-organized, clear and succinct and avoids unnecessary duplication**. All other briefing shall conform to the Standing Order page limitations of this Court, unless this Court orders otherwise.

Due to this Court's heavy caseload and its effect to hold to scheduled trial and related dates, the parties are encouraged to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:  September 1, 2010           /s/ Lawrence J. O'Neill**

1

1 UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28