1   Daley & Heft, LLP
Neal S. Meyers, Esq. (SBN 109625)

2   Golnar J. Fozi, Esq. (SBN 167674)
Matthew T. Racine, Esq. (SBN 256865)

3   Athena B. Troy, Esq. (SBN 260092)
462 Stevens Avenue, Suite 201

4   Solana Beach, CA  92075
Telephone:  (858) 755-5666

5   Facsimile:  (858) 755-7870
E-mail:  nmeyers@daley-heft.com

6         gfozi@daley-heft.com
        mracine@daley-heft.com

7        atroy@daley-heft.com

8   Attorneys for Defendants Merced Irrigation
District; Dan Pope, and Robert Blum

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT, FRESNO DIVISION**

11

12   RODRIGO FLORES,           )   Case No. 1:09-CV-01529-LJO-DLB
                         )

           Plaintiff,     )   **JOINT STIPULATION FOR ORDER TO**

13                         )   **EXTEND EXPERT DISCOVERY**
       v.                )   **DEADLINE**

14                         )
   MERCED IRRIGATION DISTRICT, a  )   JUDGE:      Lawrence J. O'Neill

15   public entity, DAN POPE, and ROBERT )   COURTROOM:  9
   BLUM,                       )   MAGISTRATE:  Dennis L. Beck

16                         )
          Defendants.   )

17   _____ )

18        Rodrigo Flores ("plaintiff"), Merced Irrigation District, Robert Blum, and Dan Pope

19   (collectively "defendants"), by and through their respective attorneys of record, hereby stipulate

20   to and request the Court enter a revised Scheduling Order, revising the Scheduling Order entered

21   by this Court on December 23, 2009 (Document 14), and modified by this Court on March 23,

22   2010 (Document 27), in order to extend the deadline for expert discovery in order to allow

23   defendants to conduct a continued deposition of plaintiff's expert, Dr. Phillip Allman, on

24   October 11, 2010.

25        The Court's current scheduling order in this matter requires expert discovery to be

26   completed on September 20, 2010. Good cause exists for the Court to extend this deadline in order

27   to allow defendants to depose plaintiff's expert, Phillip Allman, on October 11, 2010 in light of

28   the following:

1 • Defendants conducted an initial deposition of Dr. Allman within the Court's Scheduling
2 Order, on September 8, 2010. During this initial deposition, it was discovered that
3 Dr. Allman was not fully prepared to testify regarding any opinion he may have in
4 response to the opinions defendants' rebuttal expert, Peter Wrobel. Consequently, the
5 parties agreed to conduct a further deposition of Dr. Allman at a later date.
6 • Plaintiff's counsel has informed defense counsel that Dr. Allman has agreed to make
7 himself available for this continued deposition on October 11, 2010.
8 • All other expert discovery was completed by the parties on or before the September 20,
9 2010 deadline for expert discovery.
10 • The trial in this matter is not scheduled to take place until March 7, 2011. With the
11 exception of this one deposition, all other discovery in this matter has now been
12 completed. Conducting this single deposition on October 11, 2010 will not cause any delay
13 to the scheduled trial in this matter.

14 Dated: October 15, 2010               Murray & Associates

15
16 By: /s/ *Robert Strickland*
                      Lawrence D. Murray
17                       Robert Strickland
                      Attorney for Plaintiff
18                       Rodrigo Flores
                      E-mail: daydrmn@aol.com
19                               robertcstrickland@gmail.com

20
21 Dated: October 15, 2010               Daley & Heft, LLP

22 By: /s/ *Athena B. Troy*
                      Neal S. Meyers
23                       Golnar J. Fozi
                      Matthew T. Racine
24                       Athena B. Troy
                      Attorneys for Defendants Merced Irrigation
25                       District; Dan Pope, and Robert Blum
                      E-mail: nmeyers@daley-heft.com
26                               gfozi@daley-heft.com
27                               mracine@daley-heft.com
                              atroy@daley-heft.com

28

1

**ORDER ON STIPULATION FOR ORDER**

2     The court having reviewed the moving papers and good cause appearing, **IT IS**

3 **ORDERED** that the deadline for defendants to conduct a continued deposition of plaintiff's

4 expert, Dr. Phillip Allman, is extended from September 20, 2010 to October 11, 2010. All other

5 deadlines shall remain as previously ordered.

6

7     IT IS SO ORDERED.

8     **Dated:    October 15, 2010         _____/s/ Dennis L. Beck_____**
                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28