# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO FLORES,<br><br>  Plaintiff,<br><br>  vs.<br><br>MERCED IRRIGATION DISTRICT,<br><br>  Defendant.<br>_____/ | CASE NO. CV F 09-1529 LJO DLB<br><br>**ORDER TO UPDATE SETTLEMENT STATUS AND TO RESET PRETRIAL CONFERENCE** |

    Given the parties' January 17, 2011 mediation, this Court ORDERS the parties' counsel, jointly or separately with agreement of the other counsel, to contact this Court, no later than 6 p.m. on January 17, 2011 at (559) 499-5680, to advise as to the status of settlement. If this action settles prior to the January 19, 2011 pretrial conference, the parties are to advise this Court immediately.

    This Court RESETS the January 19, 2011 pretrial conference to **9:30 a.m.** to better accommodate its calendar and to keep counsel from waiting for other matters.

    This Court confirms the March 7, 2011 trial date.

    IT IS SO ORDERED.

**Dated:   January 13, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE