Daley & Heft, LLP
Attorneys at Law
Neal S. Meyers, Esq. (SBN 109625)
Golnar J. Fozi, Esq. (SBN 167674)
Matthew T. Racine, Esq. (SBN 256865)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870

Attorneys for Defendant,
MERCED IRRIGATION DISTRICT

Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA  94123
Tel:     (415) 673-0555
Fax:    (415) 928-4084

Dean Gordon (SBN 61311)
LAW OFFICES OF DEAN GORDON
1220 East Olive Avenue
Fresno, CA  93728
Tel:     (559) 221-7777
Fax:    (559) 221-5812

Attorneys for Plaintiff,
RODRIGO FLORES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| RODRIGO FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCED IRRIGATION DISTRICT, a public entity, DAN POPE, and ROBERT BLUM,<br><br>　　　　Defendants. | Case No. 1:09-CV-01529-LJO-DLB<br><br>**JOINT STIPULATION TO RE-OPEN NON-EXPERT DISCOVERY FOR DEPOSITION OF CONNIE PERAINO.**<br>Fed. R. Civ. P. 16(b)(4)<br><br>**JUDGE:**　　　Lawrence J. O'Neill<br>**COURTROOM:**　9<br>**MAGISTRATE:**　Dennis L. Beck |

　　　　Merced Irrigation District ("Defendant") and Rodrigo Flores ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate to and request the Court enter an order re-opening non-expert discovery for the limited purpose of permitting defendant to take the deposition of Connie Peraino.

1  Plaintiff first disclosed Connie Peraino as a witness after it was learned she could provide
2  relevant testimony, but after the discovery cut-off date. Defendant believes it will be prejudiced
3  without the ability to take Ms. Peraino's deposition before trial.  The parties have met and
4  conferred and, rather than pursue motion work related to this issue, have agreed to allow defendant
5  to depose Ms. Peraino on or before February 15, 2011.

6  The parties agree the removal of any prejudice to defendant by this late-disclosure of Ms.
7  Peraino is good cause to modify the scheduling order under Fed. R. Civ. P. 16(b)(4) to re-open
8  discovery for the limited purpose of taking the deposition of Ms. Peraino.

9  Therefore, the parties move this court for an order as follows:  Non-expert discovery is re-
10 opened for the limited purpose of permitting defendant to take the deposition of Connie Peraino
11 on or before February 15, 2011.

12 Dated: January 12, 2011                                Daley & Heft, LLP

13                                                        By:  */s/ Matthew T. Racine*
                                                              NEAL S. MEYERS
14                                                            GOLNAR J. FOZI
                                                              MATTHEW T. RACINE
15                                                            Attorneys for Defendant,
                                                              MERCED IRRIGATION DISTRICT
16

17
   Dated:  January 12, 2011                              MURRAY & ASSOCIATES
18
                                                         By:  */s/ Robert Strickland*
19                                                            LAWRENCE D. MURRAY
                                                              ROBERT STRICKLAND
20                                                            Attorney for Plaintiff,
                                                              RODRIGO FLORES
21

22

23                            **ORDER ON STIPULATION FOR ORDER**

24      HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:
25 The foregoing is the order of the court.
26      IT IS SO ORDERED.
27      Dated:   **January 13, 2011**                    */s/ Dennis L. Beck*
                                                         UNITED STATES MAGISTRATE JUDGE
28

---

2
JOINT STIPULATION TO RE-OPEN NON-EXPERT DISCOVERY FOR DEPOSITION OF CONNIE
PERAINO. Fed. R. Civ. P. 16(b)(4)                              Case No. 1:09-cv-01529-LJO-DLB