Daley & Heft, LLP, Attorneys at Law
Neal S. Meyers, Esq. (SBN 109625)
Golnar J. Fozi, Esq. (SBN 167674)
Matthew T. Racine, Esq. (SBN 256865)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Tel:  (858) 755-5666 / Fax:  (858) 755-7870
E-mail:  nmeyers@daley-heft.com
         gfozi@daley-heft.com
         mracine@daley-heft.com

Attorneys for Defendants Merced Irrigation District;
Dan Pope, and Robert Blum

Lawrence D. Murray (SBN 77536)
Murray & Associates
1781 Union Street
San Francisco, CA  94123
Tel:  (415) 673-0555 / Facsimile:  (415) 928-4084
E-mail:  daydrmn@aol.com

Dean B. Gordon (SBN 61311
Law Office of Dean B. Gordon
1220 East Olive Avenue
Fresno, CA 93728
Tel:  (559) 221-7777 / Fax:  (559) 221-6812
E-mail:  Dean@DeanGordonLaw.com

Attorneys for Plaintiff Rodrigo Flores

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT, FRESNO DIVISION**

| | |
|---|---|
| RODRIGO FLORES, | Case No. 1:09-CV-01529-LJO-DLB |
| Plaintiff, | **JOINT STIPULATION RE DISPUTED EVIDENTIARY ISSUES FOR TRIAL; ORDER THEREON** |
| v. | |
| MERCED IRRIGATION DISTRICT, a public entity, DAN POPE, and ROBERT BLUM, | JUDGE:        Lawrence J. O'Neill<br>COURTROOM:  4 |
| Defendants. | |

Merced Irrigation District ("Defendant" or "MID") and Rodrigo Flores ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate to and request the Court enter an order regarding certain disputed evidentiary issues at trial.

In its Pretrial Order, this Court ordered that the parties meet and confer regarding proposed motions in limine. (Document 80, p. 18.) Counsel for the parties met and conferred in person on January 25, 2011. As a result of that meeting, the parties have agreed to the following:

1. Plaintiff has agreed to withdraw any claim of entitlement to punitive damages from Defendant MID.

2. The parties have agreed that they will not make any reference at trial to the lawsuit filed by Belinda Almeida against Defendant MID.

3. Plaintiff has agreed that he will not make any references at trial to the alleged Higgins/Cavazos relationship and plaintiff's alleged harassment by Higgins as a result of an incident in which Veronica Cavazos allegedly came to work intoxicated.

4. Plaintiff has agreed that he will not make any references at trial to a corporate culture at MID of male supervisors engaging in flirting or giving of sexual favors with female staff or to allegations that white male supervisors at the MID have "surrounded themselves with ... attractive white and light-skinned Hispanic females."

5. Plaintiff has agreed not to present at trial any testimony of physicians, Dr. Jack Newins and Dr. Al Montoya.

6. Defendant has agreed that it will not make any reference at trial that there exists a "liability" crisis, excessive number of lawsuits, excessive jury verdicts, bad for business, burden on tax payers, liability insurance and/or runaway juries.

7. Defendant has agreed that at trial it will not make any reference to or use any pleadings, testimony, questions, and/or arguments concerning Mr. Flores' fee agreement with counsel.

8. Defendant has agreed that it will not make any reference at trial to the tax consequences of a monetary award to Plaintiff.

9. Defendant has agreed that it will not make any reference in the presence of the jury to this Court's ruling on MID's Motion for Summary Judgment.

10. The parties have agreed that at trial they will not make any reference to or make use of any evidence or testimony not previously produced during discovery or answered in

responses to discovery in the matters of *Lamonte Tumbling v. Merced Irrigation District* (1:08-cv-01801-LJO-DLB) and *Rodrigo Flores v. Merced Irrigation District* (1:09-cv-01529-LJO-DLB).

Dated: January 31, 2011                                Murray & Associates

                                              By:  *s/Lawrence D. Murray*
                                                   Lawrence D. Murray
                                                   Robert Strickland
                                                   Attorneys for Plaintiff Rodrigo Flores
                                                   E-mail: daydrmn@aol.com

Dated: January 31, 2011                                Law Office of Dean B. Gordon

                                              By:  *s/Dean B. Gordon*
                                                   Dean B. Gordon
                                                   Attorneys for Plaintiff Rodrigo Flores
                                                   E-mail: Dean@DeanGordonLaw.com

Dated: January 31, 2011                                Daley & Heft, LLP

                                              By:  *s/Golnar J. Fozi*
                                                   Neal S. Meyers
                                                   Golnar J. Fozi
                                                   Matthew T. Racine
                                                   Attorneys for Defendants Merced Irrigation
                                                   District; Dan Pope, and Robert Blum
                                                   E-mail: nmeyers@daley-heft.com
                                                           gfozi@daley-heft.com
                                                           mracine@daley-heft.com

## ORDER ON STIPULATION FOR ORDER

**HAVING READ AND CONSIDERED THE FOREGOING**, and good cause appearing:

The foregoing is the order of the court.

**IT IS SO ORDERED.**


IT IS SO ORDERED.

**Dated:   February 1, 2011**                   /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE