UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO FLORES, | CASE NO. CV F 09-1529 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| MERCED IRRIGATION DISTRICT, | |
| Defendant. | |

The parties have informed the Court that a settlement has been reached in this case and has been approved by the appropriate governing body. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 18, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   March 17, 2011**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE