Daley & Heft, LLP
Attorneys at Law
Neal S. Meyers, Esq. (SBN 109625)
Golnar J. Fozi, Esq. (SBN 167674)
Matthew T. Racine, Esq. (SBN 256865)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail:  nmeyers@daley-heft.com
         gfozi@daley-heft.com
         mracine@daley-heft.com

Lawrence D. Murray, Esq. (SBN 77536)
Murray & Associates
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555
Fax: (415) 928-4084

Dean B. Gordon, Esq. (SBN 61311)
Law Offices of Dean B. Gordon
1220 East Olive Avenue
Fresno, CA 93728
Tel: (559) 221-7777
Fax: (559) 221-5812

Attorneys for Plaintiff
Rodrigo Flores

Attorneys for Defendant
Merced Irrigation District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO FLORES,<br><br>     Plaintiff,<br><br>v.<br><br>MERCED IRRIGATION DISTRICT, a public entity, DAN POPE, and ROBERT BLUM,<br><br>     Defendant. | Case No.:   1:09-CV-01529-DLB<br><br>**JOINT STIPULATION AND ORDER TO DISMISS**<br><br>Dept:               9<br>Magistrate Judge:   Dennis L. Beck |

Plaintiff Rodrigo Flores and Defendant Merced Irrigation District, through undersigned counsel, stipulate for entry by the Court of an order dismissing the above-captioned matter.

1

1   The parties have reached a resolution to the above-captioned matter, memorialized in a
2   settlement agreement, with the result that plaintiff has agreed to dismiss all claims filed herein
3   against defendant, and to have the matter dismissed, with prejudice, with each party to bear its
4   own costs and fees.

5   Pursuant to oral agreement of the parties on the record during the settlement conference
6   with Magistrate Judge Dennis Beck, the Court in the person of Magistrate Judge Beck will
7   retain jurisdiction over this matter for the limited purpose of enforcing the terms of the
8   settlement agreement should any dispute regarding the settlement agreement arise between the
9   parties.

10  WHEREFORE, plaintiff and defendant move the Court to approve their Joint
11  Stipulation Motion to Dismiss, by dismissing plaintiff's claims with prejudice, ordering that
12  each party bear its own costs and fees, and retaining jurisdiction to resolve any disputes
13  regarding enforcement of the settlement agreement.

14  Dated: April 21, 2011                                Daley & Heft, LLP

16                                                      By: /s/ Golnar J. Fozi
17                                                          Neal S. Meyers
                                                            Golnar J. Fozi
18                                                          Matthew T. Racine
                                                            Attorneys for Defendant
19                                                          Merced Irrigation District

21  Dated: April 21, 2011                                Murray & Associates

23                                                      By: /s/ Lawrence D. Murray
24                                                          Lawrence D. Murray
                                                            Attorneys for Plaintiff
25                                                          Rodrigo Flores

27  ///
    ///
    ///
28  ///

Dated: April 21, 2011                                   Law Offices of Dean B. Gordon


                                                        By:  /s/ Dean B. Gordon
                                                             Dean B. Gordon
                                                             Attorneys for Plaintiff
                                                             Rodrigo Flores


### ORDER ON JOINT STIPULATION TO DISMISS

The Court, having considered the foregoing Joint Stipulation to Dismiss, filed on behalf of Plaintiff Rodrigo Flores and Defendant Merced Irrigation District, ORDERS:

IT IS HEREBY ORDERED that the Joint Stipulation to Dismiss is granted.

IT IS FURTHER ORDERED that all of plaintiff's claims filed against defendant in the above-captioned action are dismissed, with prejudice, with each party to bear its own costs and fees.

This Court will retain jurisdiction over this matter for the limited purpose of enforcing the terms of the parties' settlement agreement.


IT IS SO ORDERED.

   Dated:   **April 26, 2011**                          /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE